AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

United States of America
v.
Jackson Elliot Fleming

)
)
)
)
)
)
)

Case No.    2:25-MJ-173

**RECEIVED**
**By USMS at 8:13 am, Sep 15, 2025**

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jackson Elliot Fleming                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 USC 875(c) - Transmitting in interstate or foreign commerce any threat to kidnap any person or threat to injure the person of another

Date:    09/14/2025

s/ Abizer Zanzi
*Issuing officer's signature*

City and state:    Hammond, IN

Hon. Abizer Zanzi, US Magistrate Judge
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)*    9.15.25    , and the person was arrested on *(date)*    9-14-25
at *(city and state)*    Porter County    .

Date:    9-15-25

*Arresting officer's signature*

Brian Burke DUSM
*Printed name and title*