IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | **DEFENDANT'S CONSENT** |
| vs. | ) | **TO APPEAR BY VIDEO** |
| | ) | **TELECONFERENCE** |
| JACKSON ELLIOT FLEMING | ) | |
| | ) | Case No. 2:25-mj-173 |
| Defendant. | ) | |

You will be appearing before a federal judge in the United States District Court for the Northern District of Indiana. While you have the right to appear in person before a federal judge, you can waive that right and consent to a hearing by video teleconference. If you consent, the court's video teleconferencing equipment will permit you to see and speak with the federal judge by video teleconference rather than appearing in person.

By signing this form you are giving your consent to allow the court proceedings or hearings to be conducted by video teleconference, and waiving your right to appear in person before the federal judge.

I understand that by signing this form, I am providing my consent for court proceedings to be conducted by video teleconference as provided for in Rules 5 and 10 of the Federal Rules of Criminal Procedure. This consent is provided freely and voluntarily and no threats or promises have been made to compel me to sign this form.

Dated: 9/15/2025

_____
Defendant

_____
Defendant's Attorney (if applicable)