IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:25-MJ-173 |
| | ) | |
| JACKSON ELLIOT FLEMING | ) | |
| | ) | |

**MOTION FOR DISCLOSURE**

Now comes Jackson Fleming, by and through his attorney, Bedi & Singer, LLP, and respectfully requests that this Honorable Court enter an order directing the United States Attorney's Office to disclose the discovery it will rely upon during Mr. Fleming's preliminary hearing and detention hearing. In support of this motion, Mr. Fleming states the following:

1. The criminal complaint in this case alleges one count of 18 U.S.C. § 875(c).

2. On September 15, 2025, Mr. Fleming's initial appearance was held. At this initial appearance, the government indicated that it would be seeking to detain Mr. Fleming pending trial based on 3142 (f) (2). Mr. Fleming's detention hearing and preliminary hearing are set for Monday, September 22, 2025.

3. The defense requests that the government disclose all discovery it will rely on in both the detention hearing and the preliminary hearing.

4. Under Fed. R. Crim. Proc. 26.2, the government must disclose "any statement of the witness that is in their possession and that relates to the subject matter of the witness's testimony." Fed. R. Crim. Proc. 26.2(a). This production of statements explicitly applies to testimony at a preliminary hearing and a detention hearing. Fed. R. Crim. Proc. 26.2(g)(1), (4); 46(j).

5. Under 26.2, "statement" is defined as the witness's adopted or approved written statement, their oral statement, and any statement made to a grand jury. Fed. R. Crim. Proc. 26.2(f)(1)-(3).

6. As of this filing, the government has not produced any discovery.

7. Therefore, the Court should enter an order directing the government to disclose to the defense any statements that any witness it intends to call at either the detention hearing or the preliminary hearing has made about this case and their testimony.

WHEREFORE, the defense respectfully requests that this Honorable Court enter an order directing the government to disclose discovery before the preliminary hearing and detention hearing in accordance with Fed. R. Crim. Proc. 26.

1

Respectfully Submitted,

By: s/ Jonathan S. Bedi
Jonathan S. Bedi
Bedi & Singer, LLP
53 West Jackson Blvd, Suite 1101
Chicago, IL 60604
Phone: (312) 525-2017
jbedi@bedisinger.com
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the foregoing document was filed via the Court's ECF system.

> By: s/ Jonathan S. Bedi
> Jonathan S. Bedi
> Bedi & Singer, LLP
> 53 West Jackson Blvd, Suite 1101
> Chicago, IL 60604
> Phone: (312) 525-2017
> jbedi@bedisinger.com
> **Attorney for Defendant**