IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:25-MJ-173 |
| | ) | |
| JACKSON E. FLEMING | ) | |
| | ) | |

**MOTION TO FILE DEFENDANT'S MOTION FOR RELEASE AND EXHIBITS UNDER SEAL**

Jackson Fleming, by and through his attorney Bedi & Singer, LLP, respectfully requests this Honorable Court, pursuant to Local Rule 5-3, allow the defense to file the defendant's Motion for Release and its accompanying exhibits under seal.

1. On September 14, 2025, a complaint was filed alleging Mr. Fleming committed a violation of 18 U.S.C. § 875(c). (Dkt 1). On September 15, 2025, Mr. Fleming was arrested in the above captioned case and his initial appearance was held. (Dkt. 4, 6).

2. The state indicated at Mr. Fleming's initial appearance they were seeking to detain Mr. Fleming pending trial. (Dkt. 6).

3. The Court ordered the government to file a brief detailing the basis for detention by September 17, 2025, and a detention hearing would be held on September 22, 2025. (Dkt. 6).

4. In preparation for the detention hearing, the defense has prepared a written motion for release. This motion contains sensitive personal information and references the information contained in the sealed Pretrial Bail Report. The exhibits to this motion also contain sensitive personal information.

5. Therefore, the defense requests this honorable court allow the defense to file the

Defendant's Release Motion and accompanying exhibits under seal.

6. Undersigned counsel has conferred with the government, who does not object to this request.

7. The defense will provide a copy of the motion and exhibits to the government.

WHEREFORE, Jackson Fleming, through counsel, respectfully requests this Honorable Court allow him to file Defendant's Release Motion and the accompanying exhibits under seal.

Respectfully submitted,

By: s/ Jonathan S. Bedi

Jonathan S. Bedi
Bedi & Singer, LLP
53 West Jackson Blvd, Suite 1101
Chicago, IL 60604
Phone: (312) 525-2017
jbedi@bedisinger.com
**Attorney for Defendant**

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that the foregoing document was filed via the Court's ECF system.

                                                       By: s/ Jonathan S. Bedi
                                                      Jonathan S. Bedi
                                                      Bedi & Singer, LLP
                                                      53 West Jackson Blvd, Suite 1101
                                                      Chicago, IL 60604
                                                      Phone: (312) 525-2017
                                                      jbedi@bedisinger.com
                                                      **Attorney for Defendant**