UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:25-mj-173 |
| | ) | |
| JACKSON FLEMING | ) | |

## APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

    I, the below-signed, state that pursuant to N.D. Ind. L.R. 83-5(c), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: *Standards for Professional Conduct Within The Seventh Federal Judicial Circuit*.  I declare under penalty of perjury that the foregoing is true and correct.

    I seek to enter my appearance as counsel in this case for the United States of America.

    In addition, the government requests that the United States Probation Office grant access to filed CM/ECF pleadings to the Assistant United States Attorney whose appearance is hereby entered.

Dated: September 22, 2025

                                                  Respectfully submitted,

                                                  M. SCOTT PROCTOR
                                                  ACTING UNITED STATES ATTORNEY

                              BY:    */s/Thomas M. McGrath*
                                        Thomas M. McGrath
                                        Assistant United States Attorney
                                        5400 Federal Plaza, Suite 1500
                                        Hammond, Indiana 46320
                                        Tel:  (219) 937-5500
                                        Fax:  (219) 852-2770
                                        E-mail: Thomas.M.McGrath@usdoj.gov